### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-6525-GW(JCGx) | Date | March 5, 2013 |
|---|---|---|---|
| Title | *Vegan Outreach, Inc., et al v. Los Angeles Cmty. Coll. Dist.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):     ORDER DISMISSING STATE LAW CLAIMS**

"A court may decline supplemental jurisdiction at any stage of the litigation. The fact that it previously decided to exercise such jurisdiction does not prevent it from later changing its mind and relinquishing jurisdiction." Schwarzer, Tashima, et al., <u>California</u> <u>Practice</u> <u>Guide:</u> <u>Federal</u> <u>Civil</u> <u>Procedure</u> <u>Before</u> <u>Trial</u> (2011) § 2:910, at 2B-78 (citing *Innovative Home Health Care, Inc. v. P.T.-O.T. Assocs. of the Black Hills*, 141 F.3d 1284, 1287 (8th Cir. 1998), and describing that case as follows: "after rendering judgment on state law claims, court granted motion to set aside the judgment and dismissed action involving novel issues of state law"). For the reasons addressed in the February 7, 2013, ruling on Defendants' Motion for Summary Judgment (Docket No. 120), and the December 6, 2010, Order denying Plaintiffs' Motion for a Preliminary Injunction (Docket No. 47), the Court declines supplemental jurisdiction over the claims in this action based upon the California Constitution. *See* Docket No. 120, at 4-6; Docket No. 47, at 12 n.12; 28 U.S.C. § 1367(c)(1), (2); *see also Int'l Soc'y for Krishna Consciousness of Cal Inc. v. City of Los Angeles*, 530 F.3d 768, 774-75 (9th Cir. 2008); *Int'l Soc'y for Krishna Consciousness of Cal., Inc. v. City of Los Angeles*, 48 Cal.4th 446, 455 & n.5 (2010); *San Leandro Teachers Ass'n v. Governing Bd. of San Leandro Unified Sch. Dist.*, 46 Cal.4th 822, 845 (2009); *Prigmore v. City of Redding*, 211 Cal.App.4th 1322, 1334 (2012); *cf. Watison v. Carter*, 668 F.3d 1108, 1117 (9th Cir. 2012); *Wash. State Republican Party v. Wash. State Grange*, 676 F.3d 784, 797 (9th Cir.), *cert. denied*, 133 S.Ct. 110 (2012); *Lovell by and through Lovell v. Poway Unified Sch. Dist.*, 90 F.3d 367, 374 (9th Cir. 1996) (Noonan, J., concurring and dissenting).

The Court further orders the Court Clerk promptly to serve this order on all parties who have appeared in this action. The March 7, 2013 pre-trial conference remains on calendar.

|  | : |
|---|---|
| Initials of Preparer | JG |