UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEGAN OUTREACH, INC., a corporation, and MS. NIKKI BENOIT, as an individual and as an employee of VEGAN OUTREACH, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>VARIOUS DEFENDANTS (currently seven elected Trustees of the Los Angeles Community College District, and each President of the District's nine colleges),<br><br>Defendants. | No. CV 10-6525-GW (JCGx)<br><br>District Judge: George H Wu<br>Magistrate Judge: Jay C. Gandhi<br><br>**ORDER OF DISMISSAL**<br><br><br>JS - 6 |

Pursuant to the March 14, 2013 Stipulation of Voluntary Dismissal, IT IS HEREBY ORDERED that this action against Defendants and former defendants LOS ANGELES COMMUNITY COLLEGE DISTRICT, BETSY REGALADO, OSCAR VALERIANO, JR., PIEDAD ("PETEY") CHAPA, MIGUEL SANTIAGO, TINA PARK, NANCY PEARLMAN, KELLY CANDAELE, MONA FIELD,

1  SCOTT J. SVONKIN, STEVE VERES, JAMILLAH MOORE, TYREE WEIDER,
2  MARVIN MARTINEZ, MONTE PEREZ, KATHLEEN BURKE-KELLY, JACK E.
3  DANIELS III, ROLAND J. CHAPDELAINE, A. SUSAN CARLEO, and NABIL
4  ABU-GHAZALEH is dismissed, with each party to bear its, his, or her own attorney
5  fees and costs.  This dismissal is of the entire action.
6    This Order of Dismissal is entered pursuant to Rule 41(a)(1)(A)(ii) of the
7  Federal Rules of Civil Procedure.

9  Dated: March 18, 2013

   The Honorable George H. Wu
   U.S. District Judge

CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045

06448.00/192663

**[PROPOSED] ORDER OF DISMISSAL**
2
**CASE NO. 2:10-cv-06525-GW -JCG**